

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Julian Gutierrez Moncada,

Vs. No. 11-18-00236-CR

The State of Texas,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 12247.

\* October 22, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the requirement that Appellant reimburse the cost of his court-appointed attorney. As modified, we affirm the judgment of the trial court.